IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RYAN SCOTT CLARK                                                    PLAINTIFF

vs.                                Civil No. 2:12-cv-02268

CAROLYN W. COLVIN                                                   DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

Before the Court is Plaintiff's Motion to Dismiss.  ECF No. 8.  The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 5.  Pursuant to this authority, this Court issues this Memorandum Opinion.

On April 11, 2013, Plaintiff filed the present Motion.  ECF No. 8.  With this Motion, Plaintiff seeks to have this case voluntarily dismissed with prejudice.  *Id.*  Defendant has no objections to this Motion.  *Id.*  Accordingly, Plaintiff's Motion (ECF No. 8) is **GRANTED,** and Plaintiff's case is dismissed with prejudice.  A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 26th day of April 2013.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE

1