IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RYAN SCOTT CLARK                                                              PLAINTIFF

vs.                                       Civil No. 2:12-cv-02268

CAROLYN W. COLVIN                                                             DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

For the reasons stated in a Memorandum Opinion entered in this case on this date, Plaintiff's case is dismissed with prejudice.

**IT IS SO ORDERED this 26th day of April 2013.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE